UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN ANTONIO ALVAREZ JUAREZ,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL FACILITY;

Respondent.

Case No.:  26cv1797-LL-VET

**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**

[ECF No. 7]

On April 8, 2026, Respondent moved to file under seal the unredacted version of Exhibits 1 through 5. ECF No. 7. Respondent states that these exhibits contain personal identifiable information and other highly personal information from Petitioner's immigration files. Good cause appearing, the Court **GRANTS** the motion to seal

**IT IS SO ORDERED.**

Dated:  April 13, 2026

_____

Honorable Linda Lopez
United States District Judge

1

26cv1797-LL-VET